JASON M. FRIERSON
United States Attorney
District of Nevada
Nevada Bar Number 7709

SUMMER A. JOHNSON
Assistant United States Attorney
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
Telephone: (702) 388-6336
Facsimile: (702) 388-6787
E-mail: Summer.Johnson@usdoj.gov
*Attorneys for the United States*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Judgment Creditor,<br><br>  v.<br><br>THOMAS MICHAEL MORLA,<br><br>  Judgment Debtor,<br><br>and<br><br>AIR BLOWN CONCRETE dba ABC READY MIX, and its Successors or Assigns,<br><br>  Garnishee. | Case No.: 3:16-cr-00032-MMD-VPC<br><br>**ORDER TO DISSOLVE WRIT OF CONTINUING GARNISHMENT** |

This matter is before the Court on the motion of the United States to Dissolve the Writ of Continuing Garnishment directed to Air Blown Concrete dba ABC Ready Mix, and its successor or assigns, at 7800 El Rio Ave., Elverta, CA 95626

WHEREAS Judgment Debtor, THOMAS MICHAEL MORLA, has been released from employment by Garnishee. As a result, the Writ of Continuing Garnishment is no longer necessary.

/ / /

/ / /

/ / /

4

IT IS THEREFORE ORDERED, ADJUDGED and DECREED that the Writ of Continuing Garnishment issued to Air Blown Concrete dba ABC Ready Mix, and its successor or assigns, on June 14, 2021 is hereby dissolved. Any funds currently held by the Garnishee shall be paid or released to Plaintiff, the United States.

Dated: June 2, 2022

_____
UNITED STATES DISTRICT JUDGE